In the Matter of the Application of ISADORE KATZ for Admission to Practice as an Attorney. (From the State of Pennsylvania.)—
Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

In the Matter of the Arbitration between JOSEPH LOVE, INC., Appellant, and CHILDREN'S DRESS, INFANTS' WEAR, HOUSEDRESS AND BATHROBE MAKERS' UNION, LOCAL 91, I. L. G. W. U., Respondent.—

Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

In the Matter of FRANCIS J. NICOSIA, an Attorney, Respondent. BROOKLYN BAR ASSOCIATION, Petitioner.—

Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

In the Matter of WILLIAM NORRIS, as Committee of the Estate of MABEL B. NORRIS, an Incompetent Person, Respondent. LEO W. HUEGLE et al., Constituting The Christian Science Trustees for Gifts and Endowments, Appellants, Appearing Specially, and G. IDA CRAWFORD, as Co-Committee of the Person of MABEL B. NORRIS, Appellant.—

Present— Close, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

In the Matter of the Application of MATTHEW HOUSTON O'BRIEN for Admission to Practice as an Attorney. (From the District of Columbia.)—
Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

In the Matter of the Application of HERBERT T. PRICE for Admission to Practice as an Attorney. (From the State of Illinois.)
Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.,

JOHN MARTOCCI, Respondent, v. MICHAEL MARTOCCI et al., Appellants.—
Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

In the Matter of WILLIAM NORRIS, as Committee of the Estate of MABEL B. NORRIS, an Incompetent Person, Respondent. LEO W. HUEGLE et al., Constituting The Christian Science Trustees for Gifts and Endowments, Appellants, Appearing Specially, and G. IDA CRAWFORD, as Co-Committee of the Person of MABEL B. NORRIS, Appellant.—

Close, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur. [180 Misc. 361.]

PRESIDENT AND DIRECTORS OF MANHATTAN COMPANY, as Trustee, Appellant-Respondent, v. OSCAR ERLANDSEN, Respondent, and AMY L. ERLANDSEN, Respondent-Appellant.—

No opinion. Present — Close, P. J., Hagarty, Carswell, Taylor and Lewis, JJ.

THIRD DEPARTMENT, JUNE, 1943.

(June 30, 1943.)

STEPHEN KOSTKA, Respondent, v. GEORGE E. STACK, Appellant.